PD-0291-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/1/2015 4:36:25 PM
Accepted 6/2/2015 11:17:13 AM
ABEL ACOSTA
CLERK

PD-0291-15

# In the Court of Criminal Appeals of Texas

Leroy Calhoun, Jr.

v.

The State of Texas

## Third and Final Motion to Extend Time to File Petition for Discretionary Review

Leroy Calhoun moves, under Rule 68.2, to extend the time to file a petition for discretionary review (PDR).

On February 12, 2015, the Tenth Court of Appeals affirmed the judgment of the trial court in a memorandum opinion, under cause number 10-14-00058-CR.

Two previous extensions to file a PDR has been requested. The current deadline is May 15, 2015.

Mr. Calhoun requests an additional 15 days to file the petition, making the new due date May 30, 2015, the date that both this motion and his PDR are being filed.

Counsel has been occupied with motions for new trial in State v. Marcos Iturbe in Harris County and State v. Arturo Tena in El Paso County, and pending appeals in Andre Thompson v. State, 01-14-00862-CR; Jose Hernandez v. State, 01-14-00898-CR; Judist Broussard v. State, 01-15-00074-CR; and Pete Rodriguez v. State, 01-15-00135-CR.

FILED IN
COURT OF CRIMINAL APPEALS

June 2, 2015

ABEL ACOSTA, CLERK

I served a copy of this motion on the State of Texas simultaneously with electronic filing.

Respectfully,

<u>/s/ Franklin Bynum</u>

| | |
|---|---|
| Bynum Law Office | Franklin Bynum |
| 2814 Hamilton Street | Texas Bar Number 24069451 |
| Houston, Texas 77004 | fgb@lawfgb.com |
| | (713) 343-8844 |